**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | July 2, 2013 | Probation: | Ryan Henry |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Melinda Gonzalez-Hibner |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No:  **12-cr-00113-WYD**          Counsel:

UNITED STATES OF AMERICA,                       Guy Till

       Plaintiff,

v.

**9.  NANDI EVELIO ARRAZOLA, a/k/a**            Kirkland L. Brush
**Nandi Arrozola-Verrela, a/k/a Freddy**
**Lopez-Lopez, a/k/a Freddy O.**
**Lopez-Maella, a/k/a Freddy**
**Lopez-Marella, a/k/a Bimbo**,

       Defendant.

**SENTENCING**

**10:16 a.m.**      Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Tuesday, September 18, 2012, at 10:00 a.m.
> Plea of Guilty - Count One of First Superseding Indictment**

       APPEARANCES OF COUNSEL.

       Interpreter sworn (Spanish).

       Court's opening remarks.

10:22 a.m.      Statement and argument on behalf of Defendant (Mr. Brush).

| | |
|---|---|
| 10:27 a.m. | Statement and argument on behalf of Government (Mr. Till). |
| 10:41 a.m. | Statement on behalf of Probation (Mr. Henry). |
| 10:44 a.m. | Statement and argument on behalf of Government (Mr. Till). |
| 11:03 a.m. | Statement and argument on behalf of Defendant (Mr. Brush). |
| 11:13 a.m. | Statement on behalf of Probation (Mr. Henry). |
| 11:15 a.m. | Statement by Defendant on his own behalf (Mr. Arrazola). |

Court makes findings.

Court **RATIFIES** and **ACCEPTS** plea of guilty.

**ORDERED:** Government's § 5K1.1 Motion for Downward Departure Based on Substantial Assistance (ECF Doc. No. 441), filed June 27, 2013, is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Title 21 U.S.C. § 851 Information and Amended Information [ECF Doc. No. 440], filed June 27, 2013, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant be **imprisoned** for **70** months.  This sentence shall run concurrent to the sentences imposed in 12-cr-00172-REB-01 and 12-cr-00422-REB-01.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X) If the defendant is not released to the custody of the Bureau of Immigration and Custom Enforcement, within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

|  |  |
|---|---|
| (X) | The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because it is likely that the defendant will be deported. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X)   If the defendant is deported, he shall not thereafter re-enter the United States illegally.  If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:35 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:19**