AO 247 (Rev. D/CO 03/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| NANDI EVELIO ARRAZOLA | ) | Case No:  12-cr-00113-WYD-09 |
| | ) | USM No:  18042-081 |
| Date of Previous Judgment:  August 20, 2013 | ) | Virginia L. Grady, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of **X** the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❑ DENIED.  **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   seventy (70) months **is reduced to** fifty-six (56) months, to be served concurrently with the sentences imposed in United States District Court, District of Colorado, Docket Numbers 12-cr-00172-REB-01 and 12-cr-00422-REB-01.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range:  151  to  188  months | | Amended Guideline Range:  121  to  151  months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❑ Other *(explain)*:

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated August 20, 2013, shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   April 16, 2015

s/ Wiley Y. Daniel
*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Wiley Y. Daniel, Senior U.S. District Judge
*Printed name and title*